UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ESTATE OF PENELOPE REYES-WIILSON, Deceased, by and through her future appointed Personal Representative CLINT WILSON and as surviving spouse, and CLINT WILSON, an Individual,<br><br>    Plaintiffs,<br><br>  v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, a New York Company authorized by the State of Idaho, Department of Insurance, to transact business in the State of Idaho,<br><br>    Defendant, Counterclaimant and Third-Party Plaintiff,<br><br>  v.<br><br>J.H., a minor child, G.H.,<br><br>    Third-Party Defendants. | Case No. 1:10-CV-288-BLW<br><br>**ORDER APPOINTING PRO BONO COUNSEL** |

    The Court has located an attorney who is willing to accept pro bono appointment to represent the minor children's, S.H., J.H. and G.H., interest in this matter. The appointment shall be pursuant to the Court's Pro Bono Program, and Plaintiff's counsel may seek reasonable reimbursement for litigation expenses, but shall not exceed $1,000.00.

**ORDER - 1**

Mr. Bush may contact Susie Headlee, the Court's Pro Bono Coordinator, at 334-9067 if he has questions regarding the process.

The Court hereby appoints pro bono counsel as follows:

John A. Bush
Comstock Bush
199 North Capitol Boulevard, Suite 500
Boise, ID 83701
(208) 344-7700
jabush@comstockbush.com

IT IS SO ORDERED.

DATED: **March 4, 2011**

B. LYNN WINMILL
Chief Judge U.S. District Court